413 A.2d 1136

Commonwealth v. Dixon, Appellant.

Argued April 10, 1979.   Richard M. Clark, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.

413 A.2d 1136

Commonwealth v. Hadovanic, Appellant.

Argued April 10, 1979.   R. Mark Hunter, for appellant;  Kathryn Simpson, Assistant District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, SPAETH and WATKINS, JJ.

Judgment of sentence affirmed.